CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 19 2012

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| CLYDE ALLEN HARRIS, | ) | CASE NO. 7:12CV00446 |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| | ) | |
| SWVRJA ABINGDON, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 19th day of October, 2012.

_/s/ Glen Conrad_
Chief United States District Judge